**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2090**

ANNA RHODES,

        Plaintiff - Appellant,

     v.

NAVY FEDERAL CREDIT UNION,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00205-FL)

Submitted:  March 12, 2026                Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anna Rhodes, Appellant Pro Se.  Ryli Wallace Leader, Charlotte, North Carolina, Kristen Peters Watson, BURR & FORMAN, LLP, Birmingham, Alabama, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anna Rhodes appeals the district court's order denying Rhodes' motion to remand and dismissing the civil action for failure to state a claim under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we deny Rhodes' pending motions and affirm the district court's order. *Rhodes v. Navy Fed. Credit Union*, No. 5:25-cv-00205-FL (E.D.N.C. Aug. 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*